**Order filed September 12, 2019**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00652-CR**

_____

**MONZELLE LAVAN STEPTOE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 58852**

## ORDER

This appeal is from an order signed July 29, 2019. The notice of appeal was filed August 26, 2019. The State has filed a motion to dismiss for want of jurisdiction. Before reviewing the State's motion, we must review a portion of the record to determine our jurisdiction. Accordingly, we enter the following order.

The Brazoria County District Clerk is directed to file a partial clerk's record on or before September 27, 2019, containing (1) the court's order that is being appealed; (2) any post-judgment motion, and the court's order on the motion; and (3) the notice of appeal.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Wise and Hassan.